

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     Rosendo Jesus Ruvalcaba v. The State of Texas

Appellate case number:   01-22-00310-CR

Trial court case number:  1681498

Trial court:             400th District Court of Fort Bend County

On February 3, 2023, Julia Bella filed a motion to substitute as counsel, informing this Court that appellant's court-appointed counsel, Kristen Jernigan, has accepted a position as an associate judge in Williamson County and that the trial court appointed Julia Bella as appellant's counsel. Kristen Jernigan had previously filed a motion to withdraw in this Court. Accordingly, we grant the motion to substitute. *See* TEX. R. APP. P. 6.5(d). The Clerk of the Court is directed to note on the docket of this Court that Kristen Jernigan has withdrawn from representing appellant and Julia Bella is appellant's lead counsel.

It is so **ORDERED**.

Judge's signature: ____/s/ Terry Adams_____
                  ☑ Acting individually    ☐ Acting for the Court

Date: ____February 9, 2023_____